Cohen, for appellant. W. P. Maloney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. BEATTY v. BEATTY. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Proceedings by the people of the state of New York, on the relation of Nellie C. Beatty, against Herbert T. Beatty. No opinion. Motion denied, with leave to appellant to apply in the court below to open default. Order filed.

PEOPLE ex rel. BIEN, Appellant, v. LITTLETON, President, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Proceedings by the people of the state of New York, on the relation of Joseph L. Bien, against Martin W. Littleton, president of the borough of Brooklyn.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOOKER, J., dissents, on the ground that the hearing given the relator was not such as is contemplated by the statute.

PEOPLE ex rel. BOYCE v. BOARD OF AUDITORS OF TOWN OF LAKE PLEASANT, HAMILTON COUNTY. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Proceedings by the people, on the relation of Lynn L. Boyce, against the board of auditors of the town of Lake Pleasant, Hamilton county, N. Y. No opinion. Determination of the board of auditors unanimously confirmed, with costs.

PEOPLE ex rel. BROADHEAD, Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Proceedings by the people, on the relation of John R. Broadhead, against the city of Buffalo. No opinion. Judgment affirmed, with costs.

PEOPLE ex rel. CAHILL v. GREENE, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Proceedings by the people of the state of New York, on the relation of Daniel Cahill, against Francis V. Greene, commissioner, etc. E. V. Guinan, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. CITY OF GENEVA, Respondent, v. BOARD OF SUP'RS OF ONTARIO COUNTY, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Appeal from Special Term, Ontario County. Application by the people, on the relation of the city of Geneva, for a writ of mandamus to the board of supervisors of Ontario county. From an order granting the writ, the board appeals. Affirmed. Anson L. Gardner, for appellant. W. Smith O'Brien, for respondent.

PER CURIAM. Order affirmed, with costs, on opinion of SUTHERLAND, J. (100 N. Y. Supp. 330), delivered at Special Term.

PEOPLE ex rel. De NOYELLES v. BOARD OF SUP'RS OF ROCKLAND COUNTY, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Proceedings by the people of the state of New York, on the relation of Theodore De Noyelles, against the board of supervisors of Rockland county. No opinion. Motion granted.

PEOPLE ex rel. DE STEFANO, Appellant, v. WOODBURY, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Proceedings by the people of the state of New York, on the relation of Matteo De Stefano, against John M. Woodbury, commissioner. C. E. Le Barbier, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. FISHER v. BOARD OF SUP'RS OF ROCKLAND COUNTY, Respondent. (Supreme Court, Appellate Division, Second Department June 15, 1906.) Proceedings by the people of the state of New York, on the relation of Harry M. Fisher, against the board of supervisors of Rockland county. No opinion. Motion granted.

PEOPLE ex rel. HURLBUT, Respondent, v. BINGHAM Police Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Proceedings by the people of the state of New York, on the relation of Henry Hurlbut, against Theodore A. Bingham, as police commissioner. No opinion. Order affirmed, on the authority of People ex rel. Metcalf v. McAdoo, 184 N. Y. 268, 77 N. E. 17, with $10 costs and disbursements.

PEOPLE ex rel. INTERSTATE PAVING Co., Appellant, v. METZ, Comptroller. Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Proceedings by the people of the state of New York, on the relation of the Interstate Paving Company, against Herman A. Metz, as comptroller, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. LA CHICOTTE, Appellant, v. BEST, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Proceedings by the people, on the relation of Henry A. La Chicotte, against George E. Best as commissioner. No opinion. Motion granted. Order resettled.

PEOPLE ex rel. LAWSON, Appellant, v. LAWSON, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Proceedings by the people of the state of New York, on the relation of William M. Lawson, against Lena L. Lawson. No opinion. Motion granted, and order modified. Settle order on notice.

PEOPLE ex rel. LAWSON, Appellant, v. LAWSON, Respondent. (Supreme Court, Appellate Division, Second Department. June 27, 1906.) Proceedings by the people of the state